\*\*E-filed 7/30/07\*\*

DIEMER, WHITMAN & CARDOSI, LLP
JOHN P. CARDOSI, #111381
75 East Santa Clara Street, Suite 290
San Jose, California  95113
Telephone:  (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
JAIMEE BRUNO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMEE BRUNO, a minor, by and through her Guardian Ad Litem, DENISE BRUNO, <br><br> Plaintiff, <br><br> vs. <br><br> SAN JOSE UNIFIED SCHOOL DISTRICT and DOES 1-50, <br><br> Defendants. | Case No. 07-C-02179 JF <br><br> STIPULATION TO AMEND SCHEDULING ORDER AND [~~PROPOSED~~] ORDER |

Subject to the approval of this Court, the parties, by and through their attorneys, hereby stipulate to the following:

The court issued a scheduling order on April 19, 2007 setting a case management conference for July 31, 2007 and setting July 24, 2007 as the last day to file to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

On July 11, 2007, the court issued an order rescheduling the case management conference to October 26, 2007.

The parties have met and conferred regarding Rule 26 issues and desire additional time to confer further and make their disclosures.

STIPULATION TO EXTEND RULE 26 DISCLOSURE
AND REPORT AND PROPOSED ORDER

Subject to the approval of the Court, the parties have agreed to the following amendment to the scheduling order originally issued on April 19, 2007:

August 24, 2007 - Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

So stipulated:

Dated: July 20, 2007                                         DIEMER, WHITMAN & CARDOSI, LLP

By: _____/s/_____
John C. Cardosi Attorneys for Plaintiff
Jaimee Bruno

Dated: July 20, 2007                                         RUIZ & SPEROW, LLP

By: _____/s/_____
Jana Carter Attorneys for Defendant
San Jose Unified School District

I, John P. Cardosi, am the ECF user whose ID and password are being used to file this Stipulation. I hereby attest that Diemer, Whitman and Cardosi, on behalf of defendant San Jose Unified School District, has concurred in this filing.

Dated: July 17, 2007

_____/s/_____
John P. Cardosi

1
## [PROPOSED] ORDER

Upon review of the parties' submitted Stipulation to Amend Scheduling Order and good cause appearing,

IT IS ORDERED that the Scheduling Order for this case shall be amended to state:

August 24, 2007 - Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

DATED:    7/30/07

_____
Hon. Jeremy Fogel

STIPULATION TO EXTEND RULE 26 DISCLOSURE
AND REPORT AND PROPOSED ORDER            3