**\*\*E-filed 1/4/08\*\***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAIMEE BRUNO, <br>     Plaintiff, <br>     v. <br> SAN JOSE UNIFIED SCHOOL DISTRICT, <br>     Defendant. | Case No. CV-07-2179-JF <br><br> ORDER OF DISMISSAL |

On October 25, 2007, the parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED

```
 1  and this cause shall forthwith be restored to the calendar to be
 2  set for trial. The Case Management Conference scheduled for
 3  January 4, 2008 is vacated.
 4
 5
 6  DATED: 1/4/08
 7                                  /s/ electronic signature
 8                                  _____
                                    JEREMY FOGEL
 9                                  United States District Judge
```

ORDER OF DISMISSAL