\*\*E-filed 3/17/08\*\*

1  DIEMER, WHITMAN & CARDOSI, LLP
   JOHN P. CARDOSI, #111381
2  75 East Santa Clara Street, Suite 290
   San Jose, California  95113
3  Telephone:  (408) 971-6270
   Facsimile: (408) 971-6271
4
   ATTORNEYS FOR
5  JAIMEE BRUNO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMEE BRUNO, a minor, by and through her Guardian Ad Litem, DENISE BRUNO, | Case No. 07-C-02179 JF |
| Plaintiff, | CERTIFICATION THAT SETTLEMENT CONSIDERATION HAS NOT BEEN DELIVERED AND REQUEST TO VACATE ORDER OF DISMISSAL |
| vs. | |
| SAN JOSE UNIFIED SCHOOL DISTRICT and DOES 1-50, | JUDGE: HON. JEREMY FOGEL COURTROOM: 3 |
| Defendants. | |

The court entered a conditional order of dismissal following the settlement of the above matter on January 4, 2008. The agreed consideration for that settlement has not been delivered. Plaintiff hereby requests that the court vacate the order of dismissal and set the matter back on the calendar.

Date:  3-14-2008                                         DIEMER, WHITMAN & CARDOSI, LLP


                                                         By: _____/s/_____
                                                             JOHN P. CARDOSI
                                                             Attorneys for plaintiff

CERTIFICATION THAT SETTLEMENT
CONSIDERATION  HAS NOT BEEN DELIVERED
AND REQUEST TO VACATE ORDER OF DISMISSAL

I, John P. Cardosi, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed by me on March 14, 2008 at San Jose, CA

                                                              /s/
                                           JOHN P. CARDOSI

3/17/08 IT IS SO ORDERED. A Status Conference is scheduled for Friday, April 4, 2008 at 10:30 AM. Please report at that time to Courtroom 3 on the 5th floor of the US District Courthouse.

US District Court Judge, Jeremy Fogel

CERTIFICATION THAT SETTLEMENT
CONSIDERATION HAS NOT BEEN DELIVERED
AND REQUEST TO VACATE ORDER OF DISMISSAL

2

JOHN P. CARDOSI, #111381
DIEMER, WHITMAN & CARDOSI, LLP

75 East Santa Clara Street, Suite 290
San Jose, CA 95113
TEL. (408) 971-6270
FAX. (408)971-6271

Case Name:  Bruno v. San Jose Unified

Case No.:  07-C-02179 JF

Hearing:  None

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On  3-14-2008 , I served a copy of:

CERTIFICATION THAT SETTLEMENT CONSIDERATION HAS NOT BEEN DELIVERED AND REQUEST TO VACATE ORDER OF DISMISSAL

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

David E. Lyon
Ruiz & Sperow, LLP
Watergate Tower III
2000 Powell Street, Suite 1655
Emeryville, CA 94608

I am familiar with the firm's practice for collecting and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.  Executed on  March 14, 2008 , at San Jose, California.

/S/
John P. Cardosi