**E-filed 5/23/08**

DAVID E. LYON, State Bar No. 133065
RUIZ & SPEROW, LLP
Watergate Tower III
2000 Powell Street, Suite 1655
Emeryville, California 94608
Telephone: (510) 594-7980
Facsimile: (510) 594-7988

Attorneys for Defendant
SAN JOSE UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BRUNO, a minor, by and through her Guardian Ad Litem, DENISE BRUNO,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT, and DOES 1 through 25,<br><br>Defendants. | Case No. C-07 02179 (JF)<br><br>**DEFENDANT'S STATUS CONFERENCE STATEMENT**<br><br>Date: May 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>Hon. Jeremy Fogel |

Defendant San Jose Unified School District ("Defendant") hereby submit its case status conference statement.

The Parties appear to have reached a settlement of this matter.

The Parties request that a status conference be set for July 25, 2008 if necessary. By that time,

//
//
//
//
//
//

1 | the parties hope to have completed documentation of the settlement and to have a request for dismissal
2 | on file.

Date: May 20, 2008

Respectfully submitted,

RUIZ & SPEROW, LLP

By: /s/
DAVID E. LYON
Attorneys for Defendant
SAN JOSE UNIFIED SCHOOL DISTRICT

## [PROPOSED] ORDER

After having reviewed the Defendant's status conference statement, and good cause appearing,

IT IS HEREBY ORDERED that there shall be a case status conference set for July 25, 2008 at 10:30 a.m, if an order of dismissal has not been entered in this matter by that time.

IT IS SO ORDERED.

Dated: May 23, 2008

_____
Hon. Jeremy N. Fogel